# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>                Plaintiff,<br><br>   v.<br><br>LORRIE A. TAYLOR, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:12-cv-00770-AWI-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR AN EXTENSION OF TIME**<br><br>(Doc. No. 9) |

      Pursuant to the parties' stipulation and to provide the parties with additional time to negotiate a potential resolution of this matter, Defendants shall have until August 15, 2012, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

**Dated:  July 2, 2012**           /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE