# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA, | CASE NO. 1:12-cv-00770-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATION FOR AN EXTENSION OF TIME** |
| v. | |
| LORRIE A. TAYLOR, et al., | (Doc. No. 9) |
| Defendants. | |

Pursuant to the parties' stipulation and to provide the parties with additional time to negotiate a potential resolution of this matter, Defendants shall have until August 15, 2012, to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   July 2, 2012**                            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE