1  DANIEL W. ROWLEY, #109408
   drowley@gwvm.com
2  GILMORE, WOOD, VINNARD & MAGNESS
   P.O. Box 28907
3  Fresno, CA  93729-8907
   Telephone: (559) 448-9800
4  Facsimile: (559) 448-9899

5  Attorneys for Defendants LANNY G.
   TAYLOR and LORRIE A. TAYLOR, CO-
6  TRUSTEES OF LANLOR TRUST DATED
   AUGUST 23, 2007; LANNIE G. TAYLOR
7  dba FOWLER UNION 76 aka FOWLER 76

8              **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11  JESUS SOSA,                           CASE NO. 1:12-cv-00770-AWI-SKO

12          Plaintiff,                    **STIPULATION TO EXTEND TIME
                                          TO RESPOND TO COMPLAINT AND
13      v.                                CONTINUE THE MANDATORY
                                          SCHEDULING CONFERENCE AND
14  LANNY G. TAYLOR AND LORRIE A.         ORDER THEREON**
    TAYLOR, CO-TRUSTEES OF LANLOR
15  TRUST DATED AUGUST 23, 2007;
    LANNIE G. TAYLOR dba FOWLER
16  UNION 76 aka FOWLER 76,

17          Defendants.

18

19          WHEREAS, the Defendants in this action were served with the Complaint

20  on May 30, 2012,

21          WHEREAS, the Defendants are the owners of commercial property

22  allegedly visited by Plaintiff (the "Property"),

23          WHEREAS, the Complaint contains allegations of violations of the

24  Americans with Disabilities Act ("ADA") and related causes of action,

25          WHEREAS, the parties would like to resolve this matter without further

26  litigation,

27  / / /

28  7354-3\00289890.000                           1:12-cv-00770-AWI-SKO
                                         STIPULATION TO EXTEND TIME TO RESPOND TO
                                         COMPLAINT AND CONTINUE THE MANDATORY
                                         SCHEDULING CONFERENCE AND [PROPOSED]
                                                      ORDER THEREON

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

1   WHEREAS, before discussing resolution it was necessary for Defendants to

2   obtain an expert opinion regarding the alleged ADA deficiencies on the Property and bids

3   for the cost of any changes that may need to be made to the property,

4   WHEREAS, the parties previously stipulated to an extension of time to

5   respond to the complaint to allow Defendants time to accomplish these tasks,

6   WHEREAS, Defendants have recently obtained the expert opinion regarding

7   the alleged ADA deficiencies, but has not yet received any bids for the cost of any changes

8   that may be needed to be made to the property,

9   WHEREAS, after the bids are received the parties will need time to negotiate

10   and document a resolution of this matter, and

11   WHEREAS, the time needed to accomplish these tasks will extend past

12   September 11, 2012, the date currently set for the Mandatory Scheduling Conference,

13   IT IS HEREBY STIPULATED by and between the parties through their

14   respective attorneys of record as follows:

15   1.   Defendants shall have until September 14, 2012, to answer or

16   otherwise respond to the complaint.

17   2.   The currently scheduled Mandatory Scheduling Conference on

18   September 11, 2012, is hereby continued to a date to be set by the Court after October 5,

19   2012, at its convenience.

20   DATED: August 7, 2012          GILMORE, WOOD, VINNARD & MAGNESS

21

22   By:   _____ /s/ Daniel W. Rowley _____

23   Daniel W. Rowley
     Attorneys for Defendants LANNY G.

24   TAYLOR and LORRIE A. TAYLOR, CO-
     TRUSTEES OF LANLOR TRUST DATED

25   AUGUST 23, 2007; LANNIE G. TAYLOR
     dba FOWLER UNION 76 aka FOWLER 76

26

27   / / /

28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

7354-3\00289890.000          2          1:12-cv-00770-AWI-SKO
STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND CONTINUE THE MANDATORY
SCHEDULING CONFERENCE AND [PROPOSED]
ORDER THEREON

1   DATED: August 7, 2012         MOORE LAW FIRM, P.C.

2

3                   By:        /s/ Tanya E. Moore

4                          Tanya E. Moore
                          Attorneys for Plaintiff JESUS SOSA

5

6                          **ORDER**

7          1.     Defendants shall have until September 14, 2012, to answer or

8   otherwise respond to the complaint.

9          2.     The currently scheduled Mandatory Scheduling Conference on

10  September 11, 2012, is hereby continued to October 18, 2012, at 9:30 a.m.

11

12  IT IS SO ORDERED.

13    Dated:   **August 7, 2012**             **/s/ Sheila K. Oberto**

14                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

7354-3\00289890.000            3             1:12-cv-00770-AWI-SKO
STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND CONTINUE THE MANDATORY
SCHEDULING CONFERENCE AND [PROPOSED]
ORDER THEREON