DANIEL W. ROWLEY, #109408
drowley@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendants LANNY G.
TAYLOR and LORRIE A. TAYLOR, CO-
TRUSTEES OF LANLOR TRUST DATED
AUGUST 23, 2007; LANNIE G. TAYLOR
dba FOWLER UNION 76 aka FOWLER 76

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JESUS SOSA,<br><br>        Plaintiff,<br><br>    v.<br><br>LANNY G. TAYLOR AND LORRIE A. TAYLOR, CO-TRUSTEES OF LANLOR TRUST DATED AUGUST 23, 2007; LANNIE G. TAYLOR dba FOWLER UNION 76 aka FOWLER 76,<br><br>        Defendants. | CASE NO. 1:12-cv-00770-AWI-SKO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON** |

WHEREAS, the Defendants in this action were served with the Complaint on May 30, 2012,

WHEREAS, the Defendants are the owners of commercial property allegedly visited by Plaintiff (the "Property"),

WHEREAS, the Complaint contains allegations of violations of the Americans with Disabilities Act ("ADA") and related causes of action,

WHEREAS, the parties would like to resolve this matter without further litigation,

/ / /

7354-3\00289890.000

1   WHEREAS, before discussing resolution it was necessary for Defendants to

2   obtain an expert opinion regarding the alleged ADA deficiencies on the Property and bids

3   for the cost of any changes that may need to be made to the property,

4   WHEREAS, the parties previously stipulated to an extension of time to

5   respond to the complaint to allow Defendants time to accomplish these tasks,

6   WHEREAS, Defendants have recently obtained the expert opinion regarding

7   the alleged ADA deficiencies, but has not yet received any bids for the cost of any changes

8   that may be needed to be made to the property,

9   WHEREAS, after the bids are received the parties will need time to negotiate

10  and document a resolution of this matter, and

11  WHEREAS, the time needed to accomplish these tasks will extend past

12  September 11, 2012, the date currently set for the Mandatory Scheduling Conference,

13  IT IS HEREBY STIPULATED by and between the parties through their

14  respective attorneys of record as follows:

15  1.   Defendants shall have until September 14, 2012, to answer or

16  otherwise respond to the complaint.

17  2.   The currently scheduled Mandatory Scheduling Conference on

18  September 11, 2012, is hereby continued to a date to be set by the Court after October 5,

19  2012, at its convenience.

20  DATED: August 7, 2012          GILMORE, WOOD, VINNARD & MAGNESS

21

22  By:          /s/ Daniel W. Rowley

23  Daniel W. Rowley
    Attorneys for Defendants LANNY G.

24  TAYLOR and LORRIE A. TAYLOR, CO-
    TRUSTEES OF LANLOR TRUST DATED

25  AUGUST 23, 2007; LANNIE G. TAYLOR
    dba FOWLER UNION 76 aka FOWLER 76

26

27  / / /

28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

7354-3\00289890.000          2          1:12-cv-00770-AWI-SKO
STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND CONTINUE THE MANDATORY
SCHEDULING CONFERENCE AND [PROPOSED]
ORDER THEREON

1   DATED: August 7, 2012                     MOORE LAW FIRM, P.C.

2

3                                             By:     /s/ Tanya E. Moore
                                                      Tanya E. Moore
4                                                     Attorneys for Plaintiff JESUS SOSA

5

6                                    **ORDER**

7           1.      Defendants shall have until September 14, 2012, to answer or

8   otherwise respond to the complaint.

9           2.      The currently scheduled Mandatory Scheduling Conference on

10  September 11, 2012, is hereby continued to October 18, 2012, at 9:30 a.m.

11

12  IT IS SO ORDERED.

13      Dated:   **August 7, 2012**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   7354-3\00289890.000                  3          1:12-cv-00770-AWI-SKO
                                                STIPULATION TO EXTEND TIME TO RESPOND TO
GILMORE, WOOD,                                  COMPLAINT AND CONTINUE THE MANDATORY
VINNARD & MAGNESS                               SCHEDULING CONFERENCE AND [PROPOSED]
A Professional Corporation                              ORDER THEREON
P.O. BOX 28907
FRESNO, CA  93729-8907