K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Jesus Sosa

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>              Plaintiff,<br><br>     vs.<br><br>LANNY G. TAYLOR, et al.,<br><br>              Defendants. | No.  1:12-cv-00770-AWI-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants Lanny G. Taylor and Lorrie A. Taylor, Co-Trustees of the Lanlor Trust Dated August 23, 2007 and Lannie G. Taylor dba Fowler Union 76 aka Fowler 76, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 4, 2012				MOORE LAW FIRM, P.C.


						/s/Tanya E. Moore
						Tanya E. Moore
						Attorney for Plaintiff Jesus Sosa

///

*Sosa v. Lanny G. Taylor, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: October 2, 2012                                    GILMORE, WOOD, VINNARD & MAGNESS

/s/ Daniel W. Rowley
Daniel W. Rowley
Attorneys for Defendants Lanny G. Taylor and Lorrie A. Taylor, Co-Trustees of the Lanlor Trust Dated August 23, 2007 and Lannie G. Taylor dba Fowler Union 76 aka Fowler 76

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   October 4, 2012                                    _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE

*Sosa v. Lanny G. Taylor, et al.*
Stipulation for Dismissal of Action; [Proposed] Order